**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CONSUMERS INSURANCE USA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-1853 |
| HUNTLEIGH DEALERSHIP | : | |
| SERVICES, INC. *et al.* | : | |

## ORDER

**AND NOW**, this  5th  day of May, 2022, upon consideration of Consumers Insurance

USA's ("Consumers") Motion for Summary Judgment (ECF No. 13), Huntleigh Dealership

Services, Inc. and Huntleigh Bus Sales, Inc.'s (collectively, "Huntleigh") Motion for Summary

Judgment (ECF No. 15), and all documents submitted in support thereof and in opposition

thereto, it is **ORDERED** as follows:

1.      Consumers' Motion for Summary Judgment (ECF No. 13) is **GRANTED**.

2.      Huntleigh's Motion for Summary Judgment (ECF No. 15) is **DENIED**.

The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED**.

BY THE COURT:


 /s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**